LAW OFFICES

**PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.**

2455 EAST SUNRISE BOULEVARD, SUITE 1216
FORT LAUDERDALE, FLORIDA 33304

------------

TELEPHONE (954) 462-3200

FACSIMILE (954) 462-3861
TOLL FREE 1 (800) 741-3306
E-MAIL christy@purdylaw.com

RICHARD A. GIUFFREDA
SUMMER M. BARRANCO
ADRIANA M. JISA
CHRISTY M. IMPARATO
GREGORY J. JOLLY
HARRISON A. JOSS

-----------

BRUCE W. JOLLY – OF COUNSEL
RICHARD A. PURDY (1941-2002)

**VIA FED EX (8166 9975 0143)**

FILED BY ___ D.C.
JUL 29 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

July 28, 2021

US District Court Southern District of Florida
Alto Lee Adams, Sr. U.S. Courthouse
101 South U.S. Highway 1, Room #1016
Ft. Pierce, FL 34950

RE: Henry v. Okeechobee County Sheriff's Office, et al.
Case No.: 2:20-cv-14451

Dear Sir/Madam:

Enclosed please find Defendant's Notice of Conventionally Filing Exhibits "D" and "E" in Support of Defendant's Motion for Summary Judgment & Statement of Material Facts [DE 57] which was filed today via the CM/ECF system, along with a copy of the paperless Order issued on July 28, 2021 [DE 56] granting Defendant's Motion to File Exhibits "D" and "E" Conventionally, and the flash drive containing the exhibits.

Thank you for your assistance. Please let us know if you need additional information.

Respectfully submitted,

*/s/ Christy M. Imparato*

Christy M. Imparato

CMI/pp
Enclosures

**United States District Court**
**Southern District of Florida**

Case Number: 20-14451-CIV-MIDDLEBROOKS

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: FORT PIERCE

These Documents/Exhibits must not be placed in the "temp chron file".

Documents/Exhibits Retained in Supplemental Files **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

Documents/Exhibits Retained in Supplemental Files **(Not Scanned)**

_XX__ • CD, DVD, USB drive. (i.e. Audio/Visual)

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: July 29, 2021 Received by: Colette Griffin-Arnold, Deputy Clerk

Revised: 2/20/2019